ORIGINAL

FILED
SEP 2 7 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| GENE H. YAMAGATA, Plaintiff, v. UNITED STATES OF AMERICA, Defendant. | Case No. 07-698 T |

**NOTICE OF DIRECTLY RELATED CASE**

Pursuant to RCFC 40.2, Plaintiff hereby gives notice of a Directly Related Case:

1. The case Rex Maughn v. United States, Case No. __________ will be filed on or about September 27, 2007, before the United States Court of Federal Claims and is directly related to the above-referenced case.

2. Both cases share the same factual background and many of the claims are identical in nature.

///

///

///

///

///

3. These cases should be assigned to a single judge and consolidation is appropriate and likely to conserve judicial resources and promote an efficient determination of actions.

DATED this 26th day of September, 2007.

Merwin D. Grant
Grant & Vaughn, PC
6225 N. 24th Street, Suite 125
Phoenix, AZ 85016
Phone: 602-393-4322
Facsimile: 602-393-4327