IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-698 T

(Judge Lawrence M. Baskir)

GENE H. YAMAGATA,

Plaintiff

v.

UNITED STATES,

Defendant

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant, the United States, moves this Court for an enlargement of 60 days, from November 26, 2007, to and including January 25, 2008, of the deadline for the defendant to answer or otherwise respond to the complaint in the above-captioned case. No prior enlargement of this deadline has been requested. Defendant's counsel has contacted counsel for the plaintiff who has stated that the plaintiff has no objection to the enlargement sought by this motion.

As good cause for this request, defendant states, as follows:

Upon receipt of the complaint, defendants' counsel forwarded a copy to the Office of Chief Counsel of the Internal Revenue Service ("the Service"), along with a request to assemble the relevant files, and to prepare a written statement of the legal position which the government should adopt. *See* 28 U.S.C. § 520. Defendants' counsel has been advised by the Service that it has not finished gathering the administrative files and preparing the defense recommendation for the above-captioned case.

According to the complaint, the case concerns foreign tax credits, the proper tax treatment of a Japanese entity, and tax decisions of the United States Competent Authority under the U.S.-Japan Income Tax Convention. Six different tax years are at issue. Gathering the records related to the issues raised in the complaint has been complex and time consuming.

It is essential for defendant's counsel to analyze the administrative files and defense recommendation in order for defendant to prepare an informed and proper response to plaintiff's complaint. The enlargement sought by this motion should allow defendant's counsel time to receive and

review the IRS administrative files and defense recommendation before answering or otherwise responding to the complaint.

Defendant was unable to file this motion electronically before defendant's deadline to answer or otherwise respond to the Complaint. The undersigned was admitted to practice before this Court on November 15, 2007, and completed all of the requirements to be assigned an electronic-filing account on November 19, 2007. Nonetheless, due to technical problems and delays caused by the Thanksgiving holiday, the Court's Clerk did not provide a working electronic-filing account until today.

However, defendant previously did file a timely copy of this motion on paper on November 26, 2007, which was accompanied by defendants' "Motion for Leave to File Non-Electronic Copy of Unopposed Motion for Enlargement of Time." The Court has not ruled on the motion for leave, and neither document yet appears on the electronic docket sheet for the case.

Accordingly, out of an abundance of caution, defendant is resubmitting this unopposed motion for enlargement of time electronically.

WHEREFORE, defendant requests that the deadline for it to answer or otherwise respond to the complaint be enlarged to January 25, 2008.

Respectfully submitted,

s/Jason Bergmann

JASON BERGMANN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616 3425

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

November 29, 2007