# In the United States Court of Federal Claims

Case No. 07-698T
(Filed: November 30, 2007)

| | |
|---|---|
| GENE H. YAMAGATA, *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

Defendant's **Motion for Leave to File Non-Electronic Copy** of Unopposed Motion for Enlargement of Time filed November 27, 2007, and Defendant's Unopposed **Motion for Enlargement of Time** filed November 29, 2007, are hereby **GRANTED**. **Defendant shall file its Answer or Response to Plaintiff's Complaint no later than January 25, 2008.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge