# In the United States Court of Federal Claims

Case No. 07-698T
(Filed: February 19, 2008)

*****************************************************
GENE H. YAMAGATA, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

Plaintiff's Motion for More Definite Statement filed February 13, 2008, was not signed by the Attorney of Record for Plaintiff. Pursuant to U.S. Court of Federal Claims Rule 83.1(c)(1), there is only one attorney of record per party.

Plaintiff's Counsel is directed to correct this discrepancy forthwith.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge