IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-698 T

(Judge Lawrence M. Baskir)

GENE H. YAMAGATA,

Plaintiff

v.

UNITED STATES,

Defendant

DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE

In response to the Court's Order to Show Cause, which was filed in the above-captioned action on June 25, 2008, defendant, the United States of America, states that it agrees with the Court that this action should be consolidated with *Maughan v. United States*, No. 07-704-T.

Respectfully submitted,

s/Jason Bergmann

JASON BERGMANN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616 3425

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm

Of Counsel

June 26, 2008