# In the United States Court of Federal Claims

No. 07-698T

(Filed: June 30, 2008)

| | |
|---|---|
| GENE H. YAMAGATA, *Plaintiff*, | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant*. | * |

**RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Gene H. Yamagata ("Yamagata") has reviewed the Court's *sua sponte* Order to Show Cause dated June 25, 2008, and agrees that his case (07-698T) filed on September 27, 2007, should be consolidated with Rex and Ruth Maughan's similar case (07-704T) filed on September 28, 2007.

The two cases are similar and rely on many of the same factual issues and legal conclusions. It is in the best interest of the parties and the court to consolidate.

Rule of the Court of Federal Claims (RCFC) 42 appropriately authorizes the consolidation.

RESPECTFULLY SUBMITTED this 30th day of June, 2008.

GRANT & VAUGHN, P.C.

By/s/ Merwin D. Grant
Merwin D. Grant
6225 North 24th Street, Suite 125
Phoenix, Arizona 85016
Attorneys for Yamagata

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been filed via ECF with a copy transmitted electronically this 30th day of June, 2008, to:

JASON BERMANN
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

By: /s/ Dianna L. Knothe