**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Case Nos. 07-698T and 07-704T
(Consolidated Cases)

(Judge Lawrence M. Baskir)

GENE H. YAMAGATA, *et al.*,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b), Plaintiffs in these consolidated cases move this Court for an enlargement of 35 days, from August 25, 2008 to September 29, 2008, of the deadline for the parties to file a Joint Preliminary Status Report. No prior enlargement of this deadline has been requested. Plaintiffs' counsel has contacted counsel for Defendant, who stated that the Defendant has no objection to the enlargement sought by this motion.

As good cause for this request, Plaintiffs state as follows:

On July 21, 2008, the Court filed an Order to Consolidate Case Nos. 07-698T and 07-704T. In addition, the Court granted Plaintiffs' Motions for a More Definite Statement and Defendant's Cross-Motions for Leave to File Amended Answer. Finally, the Court ordered the parties to file a Joint Preliminary Status Report (herein "JPSR") 30 days after the Defendant's Amended Answer was received.

On July 24, 2008, Defendant filed its amended answers and counterclaims to the complaints filed in each of the consolidated cases. On August 6, 2008, Plaintiffs filed replies to the Defendant's counterclaims and off-sets.

The electronic docket entry for the Court's Order of July 21, 2008 reflects that the JPSR is "due 9/4/08." However, the electronic docket entry for Defendant's Amended Answer in Case No. 07-698 reflects that the JPSR is "due by 9/15/2008," and the electronic docket entry for the Reply to Defendant's Counterclaim and Offset in Case No. 07-704 reflects that the JPSR is "due 9/29/2008." As a result of these conflicting docket entries, it is unclear by which date the parties are required to submit the JPSR.

Pursuant to RCFC Appendix A ¶ 4, the parties have 49 days following service of Plaintiffs' Replies to Defendant's Counterclaims to

file a JPSR. Plaintiffs respectfully suggest that the Court should address the uncertainty created by the conflicting docket entries by issuing an order confirming that, pursuant to Appendix A, the JPSR is due September 29, 2008, 49 days after the filing of Plaintiffs' replies [after application of RCFC 6(e)]. Furthermore, the enlargement of time allows Plaintiffs to coordinate their efforts with the Defendant to file a single JPSR for all parties in these recently consolidated cases.

WHEREFORE, Plaintiffs request that the deadline for the parties to file with the Clerk a Joint Preliminary Status Report be enlarged to September 29, 2008.

Respectfully submitted this 20th day of August, 2008.

s/Merwin D. Grant by s/Tim A. Tarter
MERWIN D. GRANT
Grant & Vaughn, P.C.
6225 North 24th Street
Suite 125
Phoenix, Arizona 85016-2114
Tel. (602) 393-4322
Fax. (602) 393-4327
Counsel of Record for Plaintiff Yamagata

s/Tim A. Tarter
TIM A. TARTER
Woolston & Tarter, P.C.
2400 East Arizona Biltmore Circle, Suite 1430
Phoenix, Arizona 85016-2114
Tel. (602) 532-9197
Fax. (602) 532-9193
Counsel of Record for Plaintiffs Maughan