# In the United States Court of Federal Claims

Case Nos. 07-698T and 07-704T (Consolidated)
(Filed: August 26, 2008)

*************************************************
GENE H. YAMAGATA, *et al.*, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*************************************************

**ORDER**

Plaintiffs' unopposed Motion for a 35-day **Enlargement of Time** filed on August 20, 2008, to submit its **Joint Preliminary Status Report by September 29, 2008**, is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Judge
for Judge Lawrence M. Baskir